476 A.2d 71

Commonwealth v. Hobson, Appellant.

Submitted September 30, 1983. Philip

P.G. Lope, for appellant; Robert F. Hawk, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Order affirmed.